IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff/ <br> Counterclaim-Defendant, <br><br> v. <br><br> TELES AG <br> INFORMATIONSTECHNOLOGIEN, <br><br> Defendant/Counterclaim-Plaintiff. | C.A. No. 09-232 (SLR) |
| TELES AG <br> INFORMATIONSTECHNOLOGIEN, <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | C.A. No. 09-072 (SLR) |

**DECLARATION OF LANA S. SHIFERMAN IN SUPPORT OF CISCO SYSTEMS INC.'S MOTION FOR LEAVE TO AMEND ITS PLEADINGS**

I, Lana S. Shiferman, declare as follows:

1. I am a partner at the law firm Goodwin Procter LLP, counsel for Cisco Systems, Inc. ("Cisco") in this action. I submit this declaration in support of Cisco's Motion for Leave to Amend its Pleadings. I have personal knowledge of the matters set forth in this Declaration.

2. Attached hereto as Exhibit 1 is a true and correct copy of Cisco's proposed First Amended Answer, Affirmative Defenses and Counterclaims of Cisco Systems, Inc., for *Teles AG Informationstechnologien v. Cisco Systems, Inc.*, No. 09-072 (SLR).

3. Attached hereto as Exhibit 2 is a true and correct copy of Cisco's proposed First Amended Reply to Defendant Teles AG Informationstechnologien's First Amended Counterclaims, for *Cisco Systems, Inc. v. Teles AG Informationstechnologien*, No. 09-232 (SLR).

4. Attached hereto as Exhibit 3 is a true and correct copy of a black of Cisco's proposed First Amended Answer, Affirmative Defenses and Counterclaims of Cisco Systems, Inc., for *Teles AG Informationstechnologien v. Cisco Systems, Inc.*, No. 09-072 (SLR).

5. Attached hereto as Exhibit 4 is a true and correct copy of a black line Cisco's proposed First Amended Answer, Affirmative Defenses and Counterclaims of Cisco Systems, Inc., for *Teles AG Informationstechnologien v. Cisco Systems, Inc.*, No. 09-072 (SLR).

6. Attached hereto as Exhibit 5 is a true and correct copy of an email trail between David W. Long, counsel for Teles and Lana S. Shiferman, counsel for Cisco.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2009

_____
Lana S. Shiferman, Esq.

## CERTIFICATE OF SERVICE

I certify that on September 14, 2009, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Tiffany Geyer Lydon, Esquire
> ASHBY & GEDDES

I further certify that I caused copies to be served upon the following on September 14, 2009 in the manner indicated:

**BY ELECTRONIC MAIL**
**and HAND DELIVERY**

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Tiffany Geyer Lydon, Esquire
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE  19801

**BY ELECTRONIC MAIL**

> David W. Long, Esquire
> Mark L. Whitaker
> HOWREY LLP
> 1299 Pennsylvania Avenue, N.W.
> Washington, D.C.  20004

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)